UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD ADAM FOX,

    Plaintiff,

v.        Case No: 6:18-cv-1457-Orl-40GJK

THE HAMPTONS AT METROWEST
CONDOMINIUM ASSOCIATION INC.
and JAMES SAMUEL BYRD, JR. ,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed *in forma* Pauperis (Doc. 7) filed on September 24, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 25, 2018 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed *in forma* Pauperis (Doc. 7) is **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 15, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties